**Dismiss and Opinion Filed June 12, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01563-CV**
**No. 05-12-01566-CV**
**No. 05-12-01567-CV**

**CONTINENTAL HERITAGE INSURANCE COMPANY, Appellant**
**V.**
**STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F11-42292-I, F11-42291-I, and F11-72467-I**

**MEMORANDUM OPINION**
Before Chief Justice Wright, Justice Lang-Miers, and Justice Lewis

The Court has before it appellant's May 16, 2013 motion to dismiss appeal. We **GRANT**

the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

121563F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CONTINENTAL HERITAGE
INSURANCE COMPANY, Appellant

No. 05-12-01563-CV     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F11-42292I.
Opinion delivered per curiam. Chief Justice
Wright, Justice Lang-Miers and Justice
Lewis sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal from appellant CONTINENTAL HERITAGE INSURANCE COMPANY.

Judgment entered June 12, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CONTINENTAL HERITAGE
INSURANCE COMPANY, Appellant

No. 05-12-01566-CV          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F11-42291-I.
Opinion delivered per curiam. Chief Justice
Wright, Justice Lang-Miers and Justice
Lewis sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal from appellant CONTINENTAL HERITAGE INSURANCE COMPANY.


Judgment entered June 12, 2013



/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CONTINENTAL HERITAGE
INSURANCE COMPANY, Appellant

No. 05-12-01567-CV          V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 2, Dallas County, Texas
Trial Court Cause No. F11-72467-I.
Opinion delivered per curiam. Chief Justice
Wright, Justice Lang-Miers and Justice
Lewis sitting for the Court.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

        It is **ORDERED** that appellee THE STATE OF TEXAS recover its costs of this appeal from appellant CONTINENTAL HERITAGE INSURANCE COMPANY.

Judgment entered June 12, 2013

 /Carolyn Wright/
 CAROLYN WRIGHT
 CHIEF JUSTICE